UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB ADRIEN NELSON,

           Plaintiff,

  v.

KING COUNTY SHERIFF'S OFFICE, et al,

           Defendants.

Case No. C20-1293-MJP

ORDER

      Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's amended complaint (dkt. # 7) and this action are dismissed without prejudice for failure to prosecute.

//

//

//

ORDER - 1

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 11th day of February, 2021.

                                        Marsha J. Pechman
                                        United States Senior District Judge

ORDER - 2