# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JACOB ADRIEN NELSON,<br><br>                Plaintiff,<br><br>   v.<br><br>KING COUNTY SHERIFF'S OFFICE, et al,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-1293-MJP |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

       THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and this matter is dismissed without prejudice for failure to prosecute.

      Dated February 11, 2021.

                                            William M. McCool<br>
                                            Clerk of Court

                                            Grant Cogswell<br>
                                            Deputy Clerk